In the Interest of M.C.L.

David W. KIERST, Juvenile Officer, Respondent,

v.

M.C.L., Appellant.

No. WD 53482.

Missouri Court of Appeals,
Western District.

June 24, 1997.

Robert M. Schieber, Kansas City, for Respondent.

Madonna L. Limberg, Kansas City, for Appellant.

Before ULRICH, C.J., P.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from an order of disposition committing appellant to the custody of the Division of Youth Services pursuant to § 211.181.3.

Judgment affirmed. Rule 84.16(b).

Cynthia Jean BROOKE, Respondent,

v.

Bryan Eugene BROOKE, Appellant.

No. WD 53218.

Missouri Court of Appeals,
Western District.

June 24, 1997.

William D. Piedimonte, Independence, for Respondent.

Elizabeth Hill Nigro, Kansas City, for Appellant.

Before ULRICH, C.J., P.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from a judgment of dissolution of marriage awarding primary physical custody of the parties' minor children to respondent.

Judgment affirmed. Rule 84.16(b).